ALICE COCKFIELD, an Infant, by LEOLA COCKFIELD, Her Guardian ad Litem, et al., Appellants, v. MAYS FURS & READY TO WEAR, INC., Respondent.— In an action by the infant plaintiff to recover damages for personal injuries sustained as the result of a fall on an escalator in defendant's store, and by her mother for medical expenses and loss of services, plaintiffs appeal from an order granting defendant's motion to set aside the jury's verdict in plaintiffs' favor and dismissing the complaint. Order unanimously affirmed, without costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

NORMAN COOPER, as Receiver of TRONO BUILDERS, INC., Appellant, v. FLEETWOOD BANK, Respondent.— Action for conversion of the proceeds of a check payable to a corporation, which the defendant cashed for a corporate officer, upon the latter's endorsement. Judgment of the County Court, Westchester County, in favor of the defendant, unanimously affirmed, with costs. (New York Brick & P. Co. v. Bronx B. Bank, 42 Misc. 31, affd. 105 App. Div. 623, affd. 186 N. Y. 559.) Present — Carswell, Johnston, Adel and Lewis, JJ.; Close, P. J., not voting.